JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
TENESA POWELL, ESQ.
Nevada Bar No. 12488
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: tenesa.powell@jacksonlewis.com

*Attorneys for Defendant*
*ADP TotalSource, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHERISH ROBINSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MOVEDOCS.COM LLC dba LIBRA SOLUTIONS, a Nevada limited liability company; ADP TOTALSOURCE, INC., a Nevada corporation; OASIS LEGAL FINANCE OPERATING COMPANY LLC dba LIBRA SOLUTIONS, an Illinois limited liability company,<br><br>Defendants. | Case No. 2:26-cv-01227-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT ADP TOTALSOURCE, INC. TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Fed. R. Civ. P. 6(b)(1) and LR IA 6-1, IA 6-2, and 7-1, Plaintiff Cherish Robinson and Defendant ADP TotalSource, Inc. ("Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the time for Defendant to file its response to Plaintiff's Complaint (ECF No. 1) from May 28, 2026 to **June 19, 2026**. This is the first request for extension of time for Defendant to respond to Plaintiff's Complaint. This Stipulation is based on the following:

1.    Plaintiff's Complaint was filed on April 21, 2016. ECF No. 1.

2.    Defendant was served with the Summons and Complaint on May 7, 2026, making Defendant's response to Plaintiff's Complaint due on May 28, 2026.

JACKSON LEWIS P.C.

LAS VEGAS

1

3.    Defendant's counsel was recently retained and requires additional time to investigate Plaintiff's allegations and confer with Defendant's representatives in order to prepare its response to the Complaint, which spans 25 pages and contains approximately 135 paragraphs of detailed allegations.

4.    The Parties have agreed to extend the deadline for Defendant to file its response to Plaintiffs' Complaint to **June 19, 2026**.

5.    This is the first request for an extension of time for Defendant to file its response to Plaintiff's Complaint.

6.    This request is made in good faith and not for the purpose of delay.

7.    Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 28th day of May, 2026.

| GREENBERG GROSS LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ John M. Orr* | */s/ Joshua A. Sliker* |
| JEMMA E. DUNN, ESQ. | JOSHUA A. SLIKER, ESQ. |
| Nevada Bar No. 16229 | Nevada Bar No. 12493 |
| MATTHEW T. HALE, ESQ. | TENESA POWELL, ESQ. |
| Nevada Bar No. 16880 | Nevada Bar No. 12488 |
| JOHN M. ORR, ESQ. | 300 S. Fourth Street, Suite 900 |
| Nevada Bar No. 14251 | Las Vegas, Nevada 89101 |
| 1980 Festival Plaza Drive, Suite 730 | |
| Las Vegas, Nevada 89135 | *Attorneys for Defendant* |
| | *ADP TotalSource, Inc.* |
| *Attorneys for Plaintiff* | |
| *Cherish Robinson* | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  ___May 29, 2026_____