Kelsey E. Stegall, Esq.
Nevada Bar No. 14279
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:  702.862.8800
Facsimile:   702.862.8811
kstegall@littler.com

Attorneys for Defendants
MOVEDOCS.COM LLC dba LIBRA
SOLUTIONS and OASIS LEGAL
FINANCE OPERATING COMPANY
LLC dba LIBRA SOLUTIONS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHERISH ROBINSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MOVEDOCS.COM LLC dba LIBRA SOLUTIONS, a Nevada limited liability company; ADP TOTALSOURCE, INC., a Nevada corporation; OASIS LEGAL FINANCE OPERATING COMPANY LLC dba LIBRA SOLUTIONS, an Illinois limited liability company,<br><br>Defendants. | Case No. 2:26-cv-01227-JAD-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS MOVEDOCS.COM AND OASIS LEGAL FINANCE OPERATING COMPANY LLC TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT FOR DAMAGES**<br><br>**[FIRST REQUEST]** |

Plaintiff CHERISH ROBINSON ("Plaintiff") by and through her attorneys of record, Jemma E. Dunn, Esq., Matthew T. Hale, Esq., and John M. Orr, Esq., of Greenberg Gross, LLP; and Defendants MOVEDOCS.COM LLC dba LIBRA SOLUTIONS ("Movedocs.com") and OASIS LEGAL FINANCE OPERATING COMPANY LLC dba LIBRA SOLUTIONS ("Oasis") (jointly referred to as "Defendants"), by and through their attorney of record, Kelsey E. Stegall, Esq., of Littler Mendelson, P.C., hereby stipulate to extend the time for Defendants to file a responsive pleading to Plaintiff's Complaint up to and including **June 22, 2026.**

This extension is necessary because Defense counsel was just recently retained, and this additional time would provide adequate time for Defense counsel to become familiar with the

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

allegations in the Complaint and to prepare a responsive pleading.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: June 4, 2026

GREENBERG GROSS LLP

_/s/ John M. Orr_____
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
John M. Orr, Esq.

Attorneys for Plaintiff
CHERISH ROBINSON

Dated:  June 4, 2026

LITTLER MENDELSON, P.C.

_/s/ Kelsey E. Stegall_____
Kelsey E. Stegall, Esq.

Attorney for Defendants
MOVEDOCS.COM LLC and OASIS LEGAL
FINANCE OPERATING COMPANY, LLC

**IT IS SO ORDERED.**

Dated: __June 5, 2026_____

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

2

4929-4531-3968.1 / 090016.1000